UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Leon Turner**  Docket No. 5:97-CR-94-12H

**Petition for Action on Supervised Release**

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Leon Turner, who, upon an earlier plea of guilty to 21 U.S.C § 846, Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine Base (Crack), Cocaine Powder, Heroine, and Marijuana, and 18 U.S.C § 924 (c)(1), Use or Carrying of a Firearm During and in Relation to a Drug-Trafficking Crime, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on October 14, 1998, to the custody of the Bureau of Prisons for a term of 270 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Leon Turner was released from custody on December 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Turner tested positive for marijuana during a urinalysis test on January 29, 2016. The court was previously notified of a positive urinalysis sample submitted on October 26, 2015. At that time, it was ordered by the court that the defendant continue in the surprise urinalysis program and the probation officer notify the court of any additional positive urinalysis tests. Mr. Turner shall remain in surprise urinalysis treatment and be referred for substance abuse treatment as originally ordered. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: February 22, 2016 |

Leon Turner
Docket No. 5:97-CR-94-12H
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this __25th__ day of __Feb__, 2016 and ordered filed and made a part of the records in the above case.

*[signature]*
Malcolm J. Howard
Senior U.S. District Judge