UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Leon Turner                                    Docket No. 5:97-CR-94-12H

**Petition for Action on Supervised Release**

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leon Turner, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine Base (Crack), Cocaine Powder, Heroin, and Marijuana, and 18 U.S.C. § 924 (c)(1), Use or Carrying of a Firearm During and in Relation to a Drug-Trafficking Crime, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 14, 1998, to the custody of the Bureau of Prisons for a term of 270 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On May 4, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 228 months.

Leon Turner was released from custody on December 24, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Turner submitted a urine sample which tested positive for marijuana on October 3, 2016. When confronted with the results, the defendant signed a statement acknowledging his use of marijuana. The defendant reported his use as a coping mechanism for stress and a deterrent for nightmares which he believes are a result of his lengthy period of incarceration. Mr. Turner is in the process of starting his own t-shirt company and he is involved in a non-profit organization mentoring youth in the Fayetteville area. This Officer is under the impression that the defendant will benefit more from mental health treatment than another term of imprisonment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.

/s/ Eddie J. Smith                         /s/ Lee Holmes
Eddie J. Smith                             Lee Holmes
Supervising U.S. Probation Officer         Probation Officer
                                           310 Dick Street
                                           Fayetteville, NC 28301-5730
                                           Phone: 910-354-2568
                                           Executed On: December 28, 2016

Leon Turner
Docket No. 5:97-CR-94-12H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 4th day of January, 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge